

**Entered on Docket**
**September 03, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787
Wells Fargo Bank, N.A.
10-71776

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-10-11594-lbr |
| Richard McMillon | MS Motion No. 29<br>Date: July 21, 2010<br>Time: 10:30 a.m. |
| | Chapter 13 |
| Debtor. | |

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 5 Monthly Payments at $1,769.41 | $8,847.05 |
| (March 1, 2010 - July 1, 2010) | |
| 5 Late Charges at $70.78 | $283.12 |
| (March 16, 2010 - July 16, 2010) | |
| Post Petition Property Inspections | $45.00 |
| Post Petition NSF Fee | $25.00 |
| Motion for Relief Filing Fee | $150.00 |
| Attorneys Fees | $750.00 |
| Total | $10,100.17 |

The total arrearage shall be paid in six monthly installments. Payments one through five (1-5) in the amount of $1,683.37 shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the August 20, 2010 payment and continuing throughout and concluding on or before December 20, 2010. The sixth final payment in the amount of $1,683.32 shall be paid on or before January 20, 2011.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the August 1, 2010 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 8221 Flowing Rapids Court, Las Vegas, NV 89131, and legally described as follows:

PARCEL ONE (1):
LOT ONE HUNDRED THIRTY-FOUR (134) IN BLOCK FOUR (4) OF TULE SPRINGS RANCH SOUTH - UNIT 2 AS SHOWN BY MAP THEREOF ON FILE IN BOOK 98 OF PLATS, PAGE 73 IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

PARCEL TWO (2):
A NON-EXCLUSIVE EASEMENT OF INGRESS, EGRESS AND ENJOYMENT, IN AND TO THE ASSOCIATION PROPERTY AS SET FORTH IN THE DECLARATION OF COVENANTS, CONDITIONS, AND RESTRICTIONS FOR FOUR WINDS RECORDED JUNE 9, 2000 IN BOOK 20000609 AS DOCUMENT NO. 00887, AS THE SAME MAY FROM TIME TO TIME BE AMENDED AND/OR SUPPLEMENTED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, WHICH EASEMENT IS APPURTENANT TO PARCEL ONE (1).

1  IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make
2  any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured
3  Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file
4  and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of
5  Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an
6  attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth
7  (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this
8  Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may
9  thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable
10 State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By _____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By _____

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

Ryan Alexander

By _____

Ryan Alexander
Attorney for Debtors
520 S. 4th St.
Las Vegas, NV 89148

Nevada Bar No. 10845

x _____
RICHARD McMILLAN
DEBTOR

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtor fails to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete possession thereof.

Submitted by:

WILDE & ASSOCIATES

By_____
GREGORY L. WILDE, ESQ.
Attorneys for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Kathleen A Leavitt

By_____

Kathleen A Leavitt
Chapter 13 Trustee
201 Las Vegas Blvd., So. #200
Las Vegas, NV 89101

Ryan Alexander

By_____

Ryan Alexander
Attorney for Debtors
520 S. 4th St.
Las Vegas, NV 89148

Nevada Bar No. 10845

x_____
Richard McMillon
DEBTOR

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    ____ The court has waived the requirements set forth in LR 9021(b)(1).
    ____ No party appeared at the hearing or filed an objection to the motion.
    _x_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each property and whether the party has approved, disapproved, or failed to respond to the document]:

    _x_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Debtor's counsel:
    _X_ approved the form of this order      ____ disapproved the form of this order
    ____ waived the right to review the order and/or      ____ failed to respond to the document
    ____ appeared at the hearing, waived the right to review the order
    ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    _X_ approved the form of this order      ____ disapproved the form of this order
    ____ waived the right to review the order and/or      ____ failed to respond to the document

    ____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
    ____ approved the form of this order      ____ disapproved the form of this order
    ____ waived the right to review the order and/or      ____ failed to respond to the document
    ____ appeared at the hearing, waived the right to review the order
    ____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
    ____ approved the form of this order      ____ disapproved the form of this order
    ____ waived the right to review the order and/or      ____ failed to respond to the document

    ____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor