Entered on Docket
April 11, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, NV 89101
Telephone: (702) 853-0700
Email: kal13mail@las13.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re: ) BK-S 10-11594 LBR
) Chapter 13
RICHARD McMILLON, )
) Confirmation Hearing:
) Date:   April 7, 2011
Debtor(s). ) Time:  1:30 p.m.

**ORDER DENYING CONFIRMATION OF DEBTOR(S) PROPOSED AMENDED CHAPTER 13 PLAN #4**

The hearing regarding confirmation of the Debtor(s) proposed Amended Chapter 13 Plan #4 was held on April 7, 2011; notice of said hearing was properly given; the Trustee being represented by Sarah E. Smith, Esq., and good cause appearing, therefor;

**IT IS HEREBY ORDERED** that confirmation of the Debtor(s) proposed Amended Chapter 13 Plan #4 is **DENIED**.

Submitted by:

/s/       Kathleen A. Leavitt
KATHLEEN A. LEAVITT
CHAPTER 13 BANKRUPTCY TRUSTEE
201 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada  89101
(MJB)
Dated:         4/11/2011

**LR 9021 CERTIFICATION**:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

   _____    The court has waived the requirement set forth in LR 9021(b)(1).
   \_\_X\_\_    No party appeared at the hearing or filed an objection to the motion.
   _____    I have delivered a copy of this proposed Order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

   _____    I certify that this is a case under Chapter 7 or Chapter 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

2
###