

Entered on Docket
June 28, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**TIFFANY AND BOSCO**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
Fax:  702 258-8787

10-71776

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 10-11594-lbr |
|---|---|
| Richard McMillon | Date:  6/22/11<br>Time: 10:30 am |
| | Chapter 13 |
| Debtor | |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

Secured Creditor Wells Fargo Bank, N.A., its assignees and/or successors in interest, of the subject property, generally described as 8221 Flowing Rapids Court, Las Vegas, NV 89131.

      IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtor at least seven business days' notice of the time, place and date of sale.

Submitted by:

**TIFFANY AND BOSCO, PA**

By: _____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By: _____
Ryan Alexander
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By: _____
Kathleen A Leavitt
Chapter 13 Trustee

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____    The court has waived the requirements set forth in LR 9021(b)(1).

_____    No party appeared at the hearing or filed an objection to the motion.

**X**    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or    **X** failed to respond to the document

_____    appeared at the hearing, waived the right to review the order

_____    matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____    approved the form of this order          _____    disapproved the form of this order

_____    waived the right to review the order and/or    **X** failed to respond to the document

_____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty and perjury that the foregoing is true and correct.

Submitted by:
 /s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor